(102 So. 926)

Thad STANTON v. STATE. (8 Div. 247.) (Court of Appeals of Alabama. Feb. 3, 1925.) Appeal from Circuit Court, Colbert County; Charles P. Almon, Judge. Living in adultery.

RICE, J. Affirmed.

(102 So. 926)

STATE v. Clarence CLARK. (6 Div. 650.) (Court of Appeals of Alabama. Dec. 23, 1924.) Appeal from Circuit Court, Jefferson County; William E. Fort, Judge.

BRICKEN, P. J. The record shows that the appellee was confined in the county jail of Jefferson county, without bail, charged with murder; that he filed a petition for writ of habeas corpus before Hon. Wm. E. Fort, judge of the circuit court, Tenth judicial circuit, praying that he be allowed bail, etc. The writ was accordingly issued, and upon the hearing thereof the said judge made and entered an order allowing petitioner bail in the sum of $5,000, from which order the solicitor, on behalf of the state, took an appeal to this court. From the record before us, which appears to be regular in all respects, we find nothing which would justify this court in holding that there was error in the order from which this appeal is taken. The action of the judge of the Tenth judicial circuit in this connection is therefore affirmed in all things. Affirmed.

(102 So. 926)

STATE v. W. W. CLARK. (6 Div. 651.) (Court of Appeals of Alabama. Dec. 16, 1924.) Appeal from Circuit Court, Jefferson County; William E. Fort, Judge. Habeas corpus, fixing bail.

SAMFORD, J. Affirmed.

(104 So. 925)

STATE v. George T. EDWARDS. (6 Div. 767.) (Court of Appeals of Alabama, May 12, 1925.) Appeal from Circuit Court, Jefferson County, Bessemer Division; J. C. B. Gwin, Judge. Habeas corpus.

SAMFORD, J. The petitioner in this case has been acquitted of the crime of which he was charged, and has by the trial court been discharged from custody, rendering all questions involved in this record moot. For that reason the appeal is dismissed.

(101 So. 926)

STATE of Alabama and Coffee County v. G. M. GOSS. (4 Div. 834.) (Court of Appeals of Alabama. July 10, 1923.) Appeal from Circuit Court, Coffee County; Arthur B. Foster, Judge. W. W. Sanders, of Elba, for appellants. M. A. Owen, of Elba, and M. S. Carmichael, of Montgomery, for appellee.

SAMFORD, J. Affirmed, on authority of State et al. v. Page, 19 Ala. App. 303, 97 So. 244.

(100 So. 926)

STATE v. William Eaton HAYNES. (3 Div. 487.) (Court of Appeals of Alabama. June 19, 1924.) Appeal from Circuit Court, Butler County; Arthur E. Gamble, Judge. Habeas corpus fixing bail.

PER CURIAM. Appeal dismissed by appellant.

(100 So. 926)

STATE v. Hugh Russell HAYNES. (3 Div. 488.) (Court of Appeals of Alabama. June 19, 1924.) Appeal from Circuit Court, Butler County; Arthur E. Gamble, Judge. Habeas corpus fixing bail.

PER CURIAM. Appeal dismissed by appellant.

(101 So. 926)

STATE v. Preston ORR. (6 Div. 499.) (Court of Appeals of Alabama. Oct. 7, 1924.) Appeal from Circuit Court, Jefferson County; William E. Fort, Judge. Harwell G. Davis, Atty. Gen., for appellant. Weatherly, Birch & Hickman, Nesmith & Garrison, and Black & Harris, all of Birmingham, for appellee.

BRICKEN, P. J. Reversed and remanded, on authority of State v. Skinner, ante, p. 204, 101 So. 327.

(104 So. 926)

Frank STINSON v. STATE. (4 Div. 26.) (Court of Appeals of Alabama. May 26, 1925.) Appeal from Circuit Court, Coffee County; W. L. Parks, Judge. Owen & Carmichael, of Elba, for appellant. Harwell G. Davis, Atty. Gen., for the State.

RICE, J. The defendant was convicted of the offense of assault with intent to murder, and appeals. It would serve no good purpose for us to undertake to make a summary of the evidence. Suffice to say that we have carefully read same en banc, and are of the opinion that under the rule prevailing in this state defendant's motion to set aside the verdict and award to him a new trial should have been granted. The evidence offered was entirely too weak and inconclusive to support the verdict returned. Let the judgment be reversed, and the cause remanded. Reversed and remanded.

(102 So. 926)

Marvin STONAKER v. STATE. (5 Div. 512.) (Court of Appeals of Alabama. Nov. 25, 1924.) Appeal from Circuit Court, Elmore County; George F. Smoot, Judge. Assault to murder.

FOSTER, J. Appeal dismissed.